**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:13-CR-00392 LJO SKO |
| **ROBERT ANTHONY CANCHOLA** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Robert Anthony Canchola
Detained at: Lardo Pretrial Facility
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 21 U.S.C. §841(a)(1)and (b)(1)(A)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Laurel J Montoya
Printed Name & Phone No: Laurel J. Montoya / (559) 497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **08/10/2015**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 4, 2015

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | SO2117545 | DOB: | 01/01/1988 |
| Facility Address: | 17695 Industrial Farm Rd., Bakersfield, CA | Race: | Hispanic |
| Facility Phone: | (661) 391-7900 | FBI#: | |
| Currently | 21 U.S.C. §841(a)(1)and (b)(1)(A) | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)